IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUSTIN WILLIAM VANDERA,

    Plaintiff,

v.

SGT. BULLZACK, SGT. KOOTZ,
JONATHAN S. PAWLYK, CO BEAHM,
CO BROCKMAN, LT. TRITT,
CO BUKOWSKI, BRIAN FOSTER,
JON E. LITSCHER, RHU SUPERVISOR,
RHU PROGRAMS SUPERVISOR, JOHN DOE
and JANE DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-40-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                    4/17/2017

Peter Oppeneer, Clerk of Court                  Date